IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CLOVIS MCQUEEN, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 1:25-CV-00264-MJT-CLS |
| STELLE CORPORATION, LLC, | § § § | |
| *Defendant*. | § § | |

**ORDER ADOPTING THE REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, the district court referred this proceeding to the Honorable Christine L. Stetson, United States Magistrate Judge, to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. *See* 28 U.S.C. § 636(b)(1); E.D. Tex. Loc. R. CV-72.

On October 9, 2025, Judge Stetson recommended dismissing this action under Federal Rule of Civil Procedure 41(b) because Plaintiff Clovis McQueen, proceeding *pro se* and *in forma pauperis*, did not comply with a July 3, 2025 court order instructing him to file an amended complaint within 21 days of receiving the order [Dkt. 7]. Plaintiff did not object to the recommendation, so it is ADOPTED. The clerk of court is hereby ordered to DISMISS this action without prejudice pursuant to Rule 41(b). A final judgment will be entered.

**SIGNED this 29th day of October, 2025.**

Michael J. Truncale
United States District Judge